**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Eugene Bazzill,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Dennis McGrane, et al.,<br><br>　　　　Defendants. | No. CV-25-08022-PCT-KML (MTM)<br><br>**ORDER** |

On March 18, 2025, the court ruled the complaint in this case was duplicative of a complaint plaintiff filed in CV-24-8165. (Doc. 6 at 4.) This case was dismissed on that basis. Plaintiff filed a motion for reconsideration, but that motion does not address the basis for the court's dismissal. (Doc. 8.) Reconsideration is not merited. *See Zimmerman v. City of Oakland*, 255 F.3d 734, 740 (9th Cir. 2001) (discussing factors for granting a motion for reconsideration under Fed. R. Civ. P. 59(e)).

Accordingly,

**IT IS ORDERED** the Motion for Reconsideration (Doc. 8) is **DENIED**.

Dated this 27th day of March, 2025.

Honorable Krissa M. Lanham
United States District Judge